JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA MARIE RICHARDS et al., <br><br> Appellants, <br><br> v. <br><br> RICHARD A. MARSHACK et al., <br><br> Appellees. | Case No. 8:22-cv-02197-SB <br><br> ORDER DISMISSING CASE <br><br> Bankruptcy No.: 8:21-bk-10635-SC |

  Debtor Alicia Marie Richards, who is an Appellant here and in numerous other appeals pending before this Court, filed a notice of appeal of the bankruptcy court's Order Denying Debtor's Motion to Alter or Amend Order Granting Trustee's Motion to Interplead Homestead from Sale of Property, dated October 18, 2022.  Dkt. No. 1.  The Court is considering a separate appeal from this order.  *See* Case No. 8:22-cv-01951-SB, Dkt. No. 1.  Debtor acknowledges that these two appeals are "duplicate[s]."  Dkt. No. 9 at 3 of 5.  Accordingly, this case is DISMISSED.  *See, e.g.*, Cowan v. Brown, No. 16-56673, 2017 WL 5514688, at *1 (dismissing an appeal as duplicative when it challenged the same order as another appeal).

  Debtor has suggested that she intended to appeal a different bankruptcy court order and that she requires additional time to conduct research and prepare documents for filing.  Dkt. No. 9.  To the extent Debtor seeks to prosecute another appeal, she must file an appropriate notice of appeal.  To the extent Debtor requests additional time to prosecute her various appeals, the Court has already addressed her request, which is denied.  *See* Case No. 8:22-cv-01951-SB, Dkt. No. 21.

IT IS SO ORDERED.

Date: March 16, 2023

                         Stanley Blumenfeld, Jr.
                         United States District Judge